No. 04–9068. WOODARD *v.* SUNDSTRAND CORP. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 04–9623. BAILEY *v.* O'BRIEN, WARDEN. C. A. 6th Cir. Certiorari before judgment denied.